FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAR 24 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-1459-JH |
| | ) |
| RYAN W. MAGRO, | ) |
| | ) 05 CR 10084 WGY |
| Defendant | ) |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under FRCP 20)

I, RYAN W. MAGRO, defendant, have been informed that an indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged, to consent to disposition of the case in the District of Massachusetts, in which I am present, and to waive trial in the above-captioned District.

_____
RYAN MAGRO
Defendant
Date: 3-21-05

_____
WILLIAM PARNALL, ESQ.
Attorney for Ryan Magro
Date: 3-24-05

APPROVED:

_____
MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

APPROVED:

D.C.
_____
DAVID C. IGLESIAS
United States Attorney
District of New Mexico