```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          V.                )    Criminal No. 05-10084-WGY
                            )
   Ryan W. Magro
     Defendant.
```

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the above-captioned matter.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                By:  */s/ Jennifer H. Zacks*
                     JENNIFER H. ZACKS
                     Assistant U.S. Attorney
                     United States Attorney's Office
                     One Courthouse Way, Suite 9200
                     Boston, MA 02210
                     (617) 748-3109

Dated: December 19, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 19, 2006.

                                                     */s/Jennifer H. Zacks*
                                                     JENNIFER H. ZACKS
                                                     Assistant U.S. Attorney

Dated: December 19, 2006