UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | | 05-10084-WGY |
| | ) | |
| RYAN MAGRO | | |

## DEFENDANT'S WAIVER OF RIGHT TO JURY TRIAL ON OBSTRUCTION OF JUSTICE ENHANCEMENT

Now comes the defendant, RYAN MAGRO, and hereby waives the right to a jury trial.

The United States does not oppose this waiver by the defendant.

Respectfully submitted,
**RYAN MAGRO**
By his attorney,

George F. Gormley (204140)
Christie M. Charles (646995)
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
(617) 268-2999

Dated: 12-22-2006

RYAN MAGRO

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2006

/s Christie M. Charles

_____

Christie M. Charles

2