```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         05-10084-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *
      v.                             *   CHANGE OF PLEA
 7                                   *
      RYAN W. MAGRO                  *
 8                                   *
      * * * * * * * * * * * * * * * *
 9

10

11

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15
      APPEARANCES:
16
               JENNIFER ZACKS, Assistant United States
17        Attorney, 1 Courthouse Way, Suite 9200, Boston,
          Massachusetts 02210, on behalf of the Government
18
               GEORGE F. GORMLEY, P.C. (By Christie M.
19        Charles, Esq. and George F. Gormley, Esq.),
          755 East Broadway, 3rd Floor, Boston,
20        Massachusetts 02127, on behalf of the Defendant

21

22

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       December 18, 2006
```