UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
V.                        )           05-10084-WGY
                          )
RYAN MAGRO                )

### ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes RYAN MAGRO, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for March 22, 2007 at 2:00 p.m., to a date during the week of May 21, 2007 that is convenient to the calendar of this Court and to counsel for the parties.

As grounds for this request, defendant states as follows:

1. At Mr. Magro's change of plea hearing (December 18, 2006), counsel for the Government notified the Court of its position that Mr. Magro has obstructed justice and is therefore subject to a sentencing enhancement. Correspondingly, defense counsel stated the position that given Mr. Magro's mental condition at the time he absented himself from the conditions of his pre-trial release, he could not have willfully obstructed justice[1].

2. On three (3) separate occasions since mid-January 2007, undersigned counsel has requested medical records from Mr. Magro's mental health treatment providers. To date, neither of these physicians has produced Mr. Magro's records.

3. Dr. Alison Fife, a psychiatrist, has evaluated Mr. Magro in order to determine his mental state at the time he absented himself from supervised release, as well as the effect of his bipolar disorder, substance addiction, and beliefs about his

---

[1] At the time of Mr. Magro's Rule 11 hearing, a jury trial was also scheduled (for March 19, 2007) regarding the issue of whether or not defendant had obstructed justice. Subsequently, on December 28, 2006 defendant filed a Waiver of his Right to Jury Trial. It is defendant's understanding, therefore, that this hearing date is now moot; however, defendant anticipates being prepared to call witnesses (such as Dr. Alison Fife) to testify as to his mental state should that be necessary at the time of sentencing. Counsel for defendant would, of course, notify the Court and counsel for the Government ahead of time - via motion - if it appears necessary to request an evidentiary hearing on this issue.

      physical health had on his ability to willfully obstruct justice. Dr. Fife is waiting for Mr. Magro's prior psychiatric records before completing her report.

4. Given the significance of Mr. Magro's mental health – and, therefore, his mental health records – to his defense, and given counsel's inability to know when the requested records will be produced, a continuance is needed.

5. The Government has been consulted and assents to this motion for continuance.

**WHEREFORE**, defendant respectfully requests that this sentencing be continued until a time convenient to the Court and counsel for the parties during the week of May 21, 2007.

        Respectfully submitted,
        **RYAN MAGRO**
        By his attorney,

        /s Christie M. Charles

        George F. Gormley (204140)
        Christie M. Charles (646995)
        ***George F. Gormley, P.C.***
        755 East Broadway
        South Boston, MA 02127
        (617) 268-2999

**Dated**:     March 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2007.

        /s Christie M. Charles

        Christie M. Charles