**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


UNITED STATES OF AMERICA )
                                                    )
V.                                                   )                    **05-10084-WGY**
                                                    )
RYAN MAGRO                              )


**DEFENDANT RYAN MAGRO'S NOTICE OF APPEAL**

Now comes defendant, RYAN MAGRO, and gives notice of his appeal to the United States

Court of Appeals for the First Circuit of the sentence imposed upon him on May 22, 2007 by the

United States District Court (Young, W., U.S.D.J).


Respectfully submitted,

/s Christie M. Charles

George F. Gormley (BBO# 204140)
Christie M. Charles (BBO# 646995)
George F. Gormley, P.C.
755 East Broadway, 3rd floor
South Boston, MA 02127
(617) 268-2999

**Dated:**          June 1, 2007


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non-registered participants on June 1, 2007.


/s Christie M. Charles

Christie M. Charles