*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-10084

United States of America

v.

Ryan Magro

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-15

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/1/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 5, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ _____ Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6/5/7

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10084-WGY All Defendants
# Internal Use Only

Case title: USA v. Magro
Other court case number: 04-1459-JH USDC New Mexico

Date Filed: 03/28/2005
Date Terminated: 05/23/2007

Assigned to: Judge William G. Young

### Defendant

**Ryan W. Magro** (1)
*TERMINATED: 05/23/2007*

represented by **George F. Gormley**
George F. Gormley, P.C.
755 East Broadway
3rd Floor
South Boston, MA 02127
617-268-2999
Fax: 617-268-2911
Email: gfgormley@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:841(a)(1) and 841(b)(1)(A)
Possession with Intent to Distribute 500
grams and more of a mixture and
substance containing a detectable
amount of Methamphetamine
(1)

### Disposition

The defendant is committed to the
custody of the BOP for 15 years to be
followed by a term of Supervised
Release with Special Conditions of 3
years. No Fine. Special Assessment of
$100.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                represented by **Jennifer Hay Zacks**
                                                 United States Attorney's Office
                                                 John Joseph Moakley Federal
                                                 Courthouse
                                                 1 Courthouse Way
                                                 Suite 9200
                                                 Boston, MA 02210
                                                 617-748-3100
                                                 Email: jennifer.zacks@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Nancy Rue**
                                                 United States Attorney's Office
                                                 John Joseph Moakley Federal
                                                 Courthouse
                                                 1 Courthouse Way
                                                 Suite 9200
                                                 Boston, MA 02210
                                                 617-748-3260
                                                 Fax: 617-748-3967
                                                 Email: nancy.rue@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from District of New Mexico by Ryan W. Magro. (Gawlik, Cathy) (Entered: 03/29/2005) |
| 11/02/2005 |   | NOTICE OF HEARING as to Ryan W. Magro Change of Plea Hearing set for 1/12/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/02/2005) |
| 11/15/2005 | 2 | *SEALED* arrest Warrant Issued by William G. Young as to Ryan W. Magro. (Simeone, Maria) (Entered: 12/18/2006) |
| 12/15/2006 |   | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Initial Appearance as to Ryan W. Magro held on 12/15/2006 : Court goes over charges and rights with deft; deft files financial affidavit; |

| | | |
|---|---|---|
| | | court appoints atty George Gormley cja; deft voluntarily consents to detention and waives any detention hearing with out prejudice; court finds probable cause and orders the deft detained with out prejudice; deft remanded to the custody of the US Marshal. (Digital Recording #d.) (Simeone, Maria) (Entered: 12/18/2006) |
| 12/15/2006 | 14 | Magistrate Judge Leo T. Sorokin : CJA 20 as to Ryan W. Magro: Appointment of Attorney George F. Gormley for Ryan W. Magro. (Simeone, Maria) Additional attachment(s) added on 6/4/2007 (Simeone, Maria). (Entered: 12/18/2006) |
| 12/15/2006 | | Arrest of Ryan W. Magro (Simeone, Maria) (Entered: 12/18/2006) |
| 12/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :AUSA Zacks and Defense counsel Gormley and Charles are present as well as the defendant. Change of Plea Hearing as to Ryan W. Magro held on 12/18/2006.Defendant Sworn. The government informs the Court that the government has withdrawn the plea agreement due to the defendant's flight and the government intends to seek an obstruction of justice enhancement. The Court inquires of defendant as to whether he wants a jury trial on the obstruction of justice charge. After consultation with counsel,the defendant requests a jury trial. The government objects.The court conducts a plea colloquy with the defendant. After hearing the Court accepts a plea of guilty. Plea entered by Ryan W. Magro (1) Guilty Count 1. The Court sets a jury trial for March 19, 2007 at 9AM on the obstruction of justice enhancement. Sentencing set for March 22, 2007 at 2PM on the indicted charge.The court requests the government to inform the court if a mandamus is filed. The defendant is remanded to custody. Procedural Order re: sentencing to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 12/18/2006) |
| 12/18/2006 | 4 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Ryan W. Magro Sentencing set for 3/22/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 12/18/2006) |
| 12/19/2006 | 5 | NOTICE OF ATTORNEY APPEARANCE Jennifer Hay Zacks appearing for USA. (Zacks, Jennifer) (Entered: 12/19/2006) |
| 12/26/2006 | 6 | SEALED EX PARTE MOTION as to Ryan W. Magro. (Attachments: # 1 Exhibit A)(Paine, Matthew) (Entered: 12/26/2006) |
| 12/27/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 6 SEALED EX PARTE MOTION as to Ryan W. Magro. (Paine, Matthew) (Entered: 12/27/2006) |
| 12/28/2006 | 7 | WAIVER of Right to Trial by Jury by Ryan W. Magro (Gormley, George) (Entered: 12/28/2006) |
| 01/03/2007 | 8 | TRANSCRIPT of Proceedings as to Ryan W. Magro held on 12/18/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be |

| | | |
|---|---|---|
| | | obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/03/2007) |
| 03/02/2007 | 9 | Assented to MOTION to Continue to week of May 21, 2007 to Sentencing as to Ryan W. Magro. (Charles, Christie) (Entered: 03/02/2007) |
| 03/06/2007 | | Judge William G. Young : Electronic ORDER entered. as to Ryan W. Magro re 9 Assented to MOTION to Continue to week of May 21, 2007 to Sentencing filed by Ryan W. Magro. Motin ALLOWED. Sentencing set for 5/22/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 03/06/2007) |
| 03/06/2007 | | Motions terminated as to Ryan W. Magro: 9 Assented to MOTION to Continue to week of May 21, 2007 to Sentencing filed by Ryan W. Magro,. (Smith, Bonnie) (Entered: 03/06/2007) |
| 05/16/2007 | 10 | SENTENCING MEMORANDUM by Ryan W. Magro (Charles, Christie) (Entered: 05/16/2007) |
| 05/21/2007 | 11 | SENTENCING MEMORANDUM by USA as to Ryan W. Magro (Zacks, Jennifer) (Entered: 05/21/2007) |
| 05/22/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :AUSA Zacks, Defense counsel Gormley and Christie and the defendant are present in the courtroom.Sentencing held on 5/22/2007 for Ryan W. Magro (1), Count(s) 1.After hearing from the government, defense counsel and the defendant the court imposes sentence as follows: The defendant is committed to the custody of the BOP for 15 years to be followed by a term of Supervised Release with Special Conditions of 3 years. No Fine. Special Assessment of $100. The defendant is notified of the right to appeal.Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal.The court recommends the defendant receive credit for time served from 6/30/04-11/2/04 and from 12/14/06 to the present. The Court also recommends the defendant be incarcerated at a facility that can provide mental health treatment and that the defendant participate in the 500 hour drug treatment program. The defendant is remanded to custody. (Court Reporter Womack.)(Smith, Bonnie) (Entered: 05/23/2007) |
| 05/23/2007 | 12 | Judge William G. Young : ORDER entered. JUDGMENT as to Ryan W. Magro (1), Count(s) 1, The defendant is committed to the custody of the BOP for 15 years to be followed by a term of Supervised Release with Special Conditions of 3 years. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 05/23/2007) |
| 06/01/2007 | 13 | NOTICE OF APPEAL by Ryan W. Magro NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/21/2007. |

| | | |
|---|---|---|
| | | (Charles, Christie) (Entered: 06/01/2007) |
| 06/04/2007 | 15 | TRANSCRIPT of Disposition as to Ryan W. Magro held on 5/22/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 06/04/2007) |