*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-10084

United States of America

v.

Ryan Magro

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-15

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/1/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 5, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6-7-07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1878

- 3/06