### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-10084

United States of America

v.

Ryan Magro

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Notice of Appeal #18

and contained in   Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   6/18/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 19, 2007.

By:

Sarah A. Thornton, Clerk of Court

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date:   6/19/07.

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06