# MANDATE

# United States Court of Appeals
## For the First Circuit



No. 07-1954

UNITED STATES
Appellant

v.

RYAN W. MAGRO
Defendant - Appellee

**JUDGMENT**

Entered: July 11, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs. This dismissal will not affect Appeal No. 07-1878.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

By **ERIC H. DEININGER**
Appeals Attorney

Deputy Clerk

Date: 7/11/07

[cc: Jennifer Hay Zacks, AUSA, George F. Gormley, Esq.]